**FILED**
FEB 12 2018
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHADAM, INC. d/b/a K BAR L RANCH & MEDICINE SPRINGS, <br><br> Plaintiff, <br><br> vs. <br><br> ARCH INSURANCE COMPANY, <br><br> Defendant. | Cause No.: CV-17-110-H-SEH <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER HAVING COME BEFORE THE COURT on the stipulation of the parties, and the Court having considered the same, and being fully advised;

**IT IS HEREBY ORDERED** that all claims raised in the above-captioned matter should be, and the same hereby are, dismissed with prejudice, with each party to bear its own costs of action and attorneys' fees.

Dated this 12th day of February, 2018.

SAM E. HADDON
United States District Judge